UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMANUEL RIGATOS,<br><br>  Plaintiff,<br><br> v.<br><br>WPX ENERGY INC., RICHARD E. MUNCRIEF, CLAY M. GASPAR, KIMBERLY S. LUBEL, JOHN A. CARRIG, KELT KINDICK, ROBERT K. HERDMAN, VALERIE M. WILLIAMS, KARL F. KURZ, D. MARTIN PHILLIPS, and DOUGLAS E. SWANSON, JR.,<br><br>  Defendants. | Case No.: 20-cv-9696 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: January 7, 2021

                 **MOORE KUEHN, PLLC**

                 */s/Justin Kuehn*
                 Justin A. Kuehn
                 Fletcher W. Moore
                 30 Wall Street, 8th floor
                 New York, New York 10005
                 Tel: (212) 709-8245
                 jkuehn@moorekuehn.com
                 fmoore@moorekuehn.com

                 *Attorneys for Plaintiff*